IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CHARLES GENTRY RODGERS**  **PETITIONER**
**ADC #087695**

v.  Case No. 4:24-cv-00636-KGB

**DEXTER PAYNE**  **DEFENDANT**

## ORDER

The Court has reviewed the Recommended Disposition submitted by United States Magistrate Judge Benecia B. Moore (Dkt. No. 4). Petitioner Charles Gentry Rodgers has not filed any objections, and the time to file objections has passed. Accordingly, after careful consideration, the Court approves and adopts the Recommended Disposition in its entirety as this Court's findings in all respects (*Id.*). The Court dismisses without prejudice Mr. Rodgers's petition for writ of habeas corpus (Dkt. No. 1). The Court denies as moot Mr. Rodgers's motions for leave to proceed *in forma pauperis* and to stay habeas proceedings until the petitioner receives permission from the Eighth Circuit Court of Appeals (Dkt. Nos. 2; 3). In accordance with Rule 11(a) of the Rules Governing Section 2254 Cases in the United States District Courts, the Court denies a certificate of appealability. 28 U.S.C. § 2253(c)(2).

It is so ordered this the 24th day of February, 2025.

Kristine G. Baker
Chief United States District Judge